IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LIBERTY MUTUAL FIRE INSURANCE
COMPANY a/s/o Frenvey, Inc. and
Harvey and Patricia Boris, d/b/a/
Foodland, a Florida corporation,

      Plaintiff,

vs.                                        CASE NO.: 4:04cv371-SPM/AK

A.O. SMITH CORPORATION,
a Delaware corporation,

      Defendant.
_____/

## ORDER DENYING MOTION TO STRIKE

Upon consideration of Defendant A.O. Smith Corporation's Motion to Strike Plaintiff's Experts (doc. 38) and Plaintiff's response in opposition (doc. 40), it is

ORDERED AND ADJUDGED that the motion to strike (doc. 38) is denied.

DONE AND ORDERED this 6th day of July, 2005.

                    *s/ Stephan P. Mickle*
                    Stephan P. Mickle
                    United States District Judge