IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**LIBERTY MUTUAL FIRE INSURANCE COMPANY,**

    **Plaintiff,**

v.                                      CASE NO. 4:04-cv-00371-SPM-AK

**A O SMITH CORPORATION,**

    **Defendant.**

_____/

**O R D E R**

    This matter is before the Court on Plaintiff's Motion for Reconsideration (doc. 92), to which Defendant has responded. (Doc. 95). The Court has read carefully Plaintiff's motion, and therefore, in essence reconsidered its previous ruling, but finds no cause for clarifying or otherwise changing the Order denying Plaintiff's motion to compel deposition answers by witness Elliot Duncan. (Doc. 91). The Court based its ruling on attorney-client privilege and the deposition excerpts attached to Defendant's response show that this privilege was a ground for objection contrary to Plaintiff' assertion that it was not. Further, no reply brief is necessary from Plaintiff. The Court is familiar with the law governing this privilege and the circumstances of the communications at issue and is unaware of any possible exception that would apply to by-pass this privilege.

    Accordingly, it is

**ORDERED:**

1. Plaintiff's Motion for Reconsideration (doc. 92) is **DENIED**.

**DONE AND ORDERED** this 13th day of December, 2005

                                   *s/ A. KORNBLUM*
                                   **ALLAN KORNBLUM**
                                   **UNITED STATES MAGISTRATE JUDGE**